UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**　§<br>　　*Plaintiff,*　§<br>　§<br>**v.**　§<br>　§<br>**ALL ASSETS AND FUNDS ON DEPOSIT**　§<br>**OR HELD IN OFFSHORE INVESTMENT**　§<br>**ACCOUNT AT SUN LIFE FINANCIAL**　§<br>**INVESTMENTS(BERMUDA) LTD.,**　§<br>**CONTRACT NUMBER 28-2873-017053**　§<br>**IN THE NAME OF SILVIA BEATRIZ**　§<br>**PEREZ CEBALLOS**　§<br>　　*Defendant.*　§ | Civil Case No. 2:18-CV-00004 |

**ANSWER OF CLAIMANT**
**FREE AND SOVEREIGN STATE OF TABASCO**

Claimant, Claimant Free and Sovereign State of Tabasco ("Claimant"), through undersigned counsel, files this answer in response to these proceedings and would respectfully represent the following:

**I.**

Paragraph one is a legal conclusion that does not require Claimant to admit or deny.

**II.**

Claimant admits the allegations in Paragraph 2.

**III.**

Paragraph 3 is a conclusion that does not request Claimant to admit or deny.

**IV.**

Claimant admits the allegations in Paragraph 4.

**V.**

Claimant admits the allegations contained in Paragraph 5.

## VI.

Claimant admits the allegations in Paragraph 6.

## VII.

Claimant admits the allegations in Paragraph 7.

## VIII.

Paragraph 8 is a legal conclusion that does not require Claimant to admit or deny.

## IX.

Claimant admits the allegations in Paragraph 9.

## X.

Claimant admits the allegations in Paragraph 10.

## XI.

Claimant admits the allegations contained in Paragraph 11.

## XII.

Claimant admits the allegations contained in Paragraph 12.

## XIII.

Claimant admits the allegations contained in Paragraph 13.

## XIV.

Claimant admits the allegations contained in Paragraph 14.

## XV.

Claimant admits the allegations contained in Paragraph 15.

## XVI.

Claimant admits the allegations contained in Paragraph 16.

## XVII.

Claimant admits the allegations contained in Paragraph 17.

## XVIII.

Claimant admits the allegations contained in Paragraph 18.

## XIV.

Claimant admits the allegations contained in Paragraph 19.

                Respectfully submitted,

## THE BUZBEE LAW FIRM

By: */s/: Anthony G. Buzbee*
    Anthony G. Buzbee
    Attorney-in-charge
    State Bar No. 24001820
    Fed. ID No. 22679
    J.P. Morgan Chase Tower
    600 Travis, Suite 7300
    Houston, Texas 77002
    Phone: (713) 223-5393
    Facsimile: (713) 223-5909
    Email: TBuzbee@txattorneys.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of this document will be served or has been served on all interested parties in accordance with the Federal Rules of Civil Procedure on the May 28, 2018, Service on E-Filing Users will be automatically accomplished through the Notice of Electronic Filing; non-Filing Users will be served by certified mail, return receipt requested and/or via facsimile.

                                */s/ Christopher J. Leavitt*
                                Christopher J. Leavitt

                              Respectfully submitted,

### THE BUZBEE LAW FIRM

By: */s/ Anthony G. Buzbee*
    Anthony G. Buzbee
    State Bar No. 24001820
    Christopher J. Leavitt
    State Bar No. 24053318
    tbuzbee@txattorneys.com
    JP Morgan Chase Tower
    600 Travis, Suite 6850
    Houston, Texas  77002
    Telephone: (713) 223-5393
    Facsimile: (713) 223-5909

**ATTORNEYS FOR PLAINTIFF**