UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | CIVIL CASE NO: 2:18-CV-00004 |
| ALL ASSETS AND FUNDS ON DEPOSIT OR HELD IN OFFSHORE INVESTMENT ACCOUNT AT SUN LIFE FINANCIAL INVESTMENTS (BERMUDA) LTD., CONTRACT NUMBER 28-2873-017053 IN THE NAME OF SILVIA BEATRIZ PEREZ-CEBALLOS, | § § § § § § § § | |

## MOTION FOR DISMISSAL OF ACTION BY PLAINTIFF

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the United States, Plaintiff, seeks dismissal of this forfeiture in rem action by Court order. In support of this request Plaintiff advised the Court that it has conferred with counsel for Claimant, Silvia Beatriz Perez-Ceballos, and he agrees that the civil forfeiture action should be dismissed and does not oppose the filing of this motion as evidenced by counsel's electronic signature below.[1]

In support of this mtion, Plaintiff advised the Court that there are no pending counterclaims and asks that this forfeiture action be dismissed with prejudice. All the parties in this action agree to the dismissal and stipulate the dismissal is with prejudice.  All parties agree to bear their own costs and attorneys' fees.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY
BY:
*/s/Mary Ellen Smyth*
Mary Ellen Smyth
Assistant U.S. Attorney
11204 McPherson Road, Ste. 100A
Laredo, Texas 78045
(956) 723-6523

FERTITTA REYNAL, LLP

BY:
/s/ F. Andino Reynal
F. Andino Reynal
Attorney for Claimant Silvia Perez-Ceballos
815 Walker Street, Suite 1553
Houston, Texas 77002
(713) 228-5900

---

[1] Plaintiff has made several attempts to telephonically confer with counsel for the Mexican State of Tabasco since July 30th, 2019, but has been unsuccessful.

## CERTIFICATE OF SERVICE

On this 30th day of August, 2019, the undersigned Assistant United States Attorney for the Southern District of Texas served this Motion for Dismissal of Action upon all parties of record, including Silvia Beatriz Perez Ceballos and The Mexican State of Tabasco, by and through their attorneys of record through the District Clerk's electronic case filing in this cause.

        */s/ Mary Ellen Smyth*
        Mary Ellen Smyth
        Assistant United States Attorney