United States District Court
Southern District of Texas
**ENTERED**
September 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| v. | § § | CIVIL CASE NO: 2:18-CV-00004 |
| ALL ASSETS AND FUNDS ON DEPOSIT OR HELD IN OFFSHORE INVESTMENT ACCOUNT AT SUN LIFE FINANCIAL INVESTMENTS (BERMUDA) LTD., CONTRACT NUMBER 28-2873-017053 IN THE NAME OF SILVIA BEATRIZ PEREZ-CEBALLOS, | § § § § § § § § | |

### ORDER GRANTING DISMISSAL OF FORFEITURE IN REM ACTIONS

Pending before the Court is Plaintiff's motion seeking a dismissal of the above forfeiture actions pursuant to Fed. R. Civ. P. 41(a)(2). The Court has considered the motion and the agreement by all Claimants, save and except, the Mexican State of Tabasco. The Court finds that the Mexican State of Tabasco was provided an opportunity to oppose Plaintiff's motion but did not.

The Court, therefore, ORDERS that the forfeiture action be dismissed with prejudice and Plaintiff is further ORDERED to take appropriate steps to notify the financial institution where said funds are located that the Defendant Funds are no longer subject to seizure and forfeiture by the United States and any seizure or restraining order previously put in place is no longer valid.

It is further ORDERED that the Parties bear their own costs and attorneys' fees.

Signed this 10th day of September, 2019 in Corpus Christi, Texas.

NELVA GONZALES RAMOS
U.S. DISTRICT COURT JUDGE